It is so ordered.

s/James G. Carr
Sr. United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

PHILLIP L. THOMAS, et al.,          CASE NO. 3:17-cv-00536

  v.

EDWARD F. POSLUSZNY, DDS,           JUDGE JAMES G. CARR

  Defendant.                        STIPULATION OF DISMISSAL

This action is dismissed by stipulation of all the parties to the action. This is a voluntary dismissal without prejudice and right to re-file is reserved to Plaintiffs.

IT IS SO STIPULATED

_____
Alan L. Mollenkamp
411 N. Michigan, Suite 300
Toledo, OH 43604
PH: 419-244-7500
Email: molling411@sbcglobal.net
Attorney for Plaintiffs

_____
Paul R. Bonfiglio
300 Madison, Suite 1406
Toledo, OH 43604
PH: 419-242-3900
Email: paul_bonfiglio@staffdefense.com
Attorney for Defendant